## Fourth Department, January, 1939.
### (January 5, 1939.)

The Hofmann Packing Company, Inc., Respondent, v. The State of New York, Appellant. (Claim No. 24791.) — Judgment reversed on the law, with costs, and claim dismissed. New finding of fact made. Memorandum: Only Federal moneys were being expended by Temporary Emergency Relief Administration in carrying out the contract made with claimant. The State by statute is relieved from liability arising out of the administration or expenditure of Federal funds by the Temporary Emergency Relief Administration. (Laws of 1934, chap. 716; *Spa Baths Co.* v. *Board of Commissioners of State Reservation*, 98 Misc. 399; affd., 181 App. Div. 960; *People ex rel. Bankers Trust Co.* v. *Graves*, 270 N. Y. 316, 321.) All concur. (The judgment is for claimant on a claim for money due under a contract.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

Thomas Jacob, 1014 East Falls Street, Niagara Falls, New York, Respondent, v. Prudential Insurance Company of America, Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, on the ground that the accident, which was the puncture of the wall of the uterus during the performance of an abortion, occurred while the assured was submitting to an unlawful abortion, a heinous crime, and that a recovery on the policy is, therefore, against public policy. (*Hatch* v. *Mutual Life Ins. Co.*, 120 Mass. 550; *Wells* v. *New England Mutual Life Ins. Co.*, 191 Penn. St. 207; 43 A. 126; *Collins* v. *Metropolitan Life Ins. Co.*, 27 Pa. Sup. Ct. 353.) All concur, except Crosby, J., who dissents and votes for affirmance on the grounds (1) that the verdict respecting the illegality of the operation was against the weight of the evidence, and (2) that the illegality of the operation was immaterial (*Messersmith* v. *American Fidelity Co.*, 187 App. Div. 35; affd., 232 N. Y. 161), and Dowling, J., who dissents and votes for affirmance on the first ground stated above. (The judgment is for plaintiff in an action under two life insurance policies. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.